IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

POLLEDO ROGELIO,

    Petitioner,

vs.                                    CASE NO. 5:03cv315-SPM/AK

WARDEN MONICA WETZEL &
UNITED STATES OF AMERICA,

    Respondents.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated September 22, 2005 (doc. 7). Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 7) is ADOPTED and incorporated by reference in this order.

2.    The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241

is denied.

    DONE AND ORDERED this 18th day of November, 2005.

                              *s/ Stephan P. Mickle*

                              Stephan P. Mickle
                              United States District Judge